IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: Scott E. Diehl | ) | Case No. 18-60608 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Chief Judge Russ Kendig |
| | ) | |
| | ) | **OBJECTION TO PROOF OF CLAIM # 1** |
| | ) | **FILED BY FORD MOTOR CREDIT** |
| | ) | **COMPANY, LLC ON 3/28/18** |
| | ) | |
| | ) | |

    Now comes the Debtor, Scott Diehl, by and through counsel, to hereby object to the Proof of Claim #1 filed by the Ford Motor Credit Company, LLC on 3/28/18. Debtor objects to this claim as this is a leased vehicle that is being paid for outside the Debtor's Chapter 13 case per the Amended Chapter 13 Plan filed on 4/03/18.

    Debtor accordingly objects to the Proof of Claim #1 filed by the Ford Motor Credit Company, LLC and requests that the claim as filed be denied.

                                  Respectfully Submitted,

                                  /s/ Maurice E. Graham
                                  Maurice E. Graham (0072205)
                                  Graham & Associates Law Offices LLC
                                  333 S. Main Street, Suite 601
                                  Akron, OH  44308
                                  (330) 253-6264
                                  (330) 253-6265 (Fax)
                                  grahamlawoffice1@att.net

## CERTIFICATE OF SERVICE

I certify that on April 26, 2018, a true and correct copy of this Objection to Proof Of Claim #1 was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Toby Rosen on behalf of the Chapter 13 Trustee's office at trosen@ecf.epiqsystems.com & tswartzwelder@chapter13canton.com

    Office of the U.S. Trustee at USTP.Region09@usdoj.gov

And by regular U.S. mail, postage prepaid, to:

    Scott Diehl, Debtor, 5646 East Blvd., NW, Canton, OH   44718

    Ford Motor Credit Company, LLC, PO Box 62180, Colorado Springs, CO   80962

/s/ Maurice E. Graham, Esq.
Maurice E. Graham (0072205)
333 S. Main Street, Suite 601
Akron, OH   44308
(330) 253-6264
(330) 253-6265 (Fax)
grahamlawoffice1@att.net